Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
drichard@sesssons-law.biz

Attorneys for Navient Solutions, Inc., formerly Sallie Mae, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN PAZANDEH and MAJID PAZANDEH,<br><br>          Plaintiff,<br>     vs.<br><br>NAVIENT SOLUTIONS, INC., formerly SALLIE MAE, INC., and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) – FEDERAL QUESTION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant Navient Solutions, Inc., formerly known as Sallie Mae, Inc. ("NAVIENT") hereby removes to this Court the state court action described below.

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227. *See Mims v. Arrow Fin. Services, LLC*, 132 S. Ct. 740, 743 (2012). This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law. *See* 28 U.S.C. § 1367(a).

2. On or about May 7, 2015 the action was commenced in the Superior Court of the State of California, County of Orange, entitled *Yasmin Pazandeh and Majid Pazandeh v. Navient Solutions, Inc., formerly Sallie Mae, Inc. and Does 1 through 20*, Case No. 30-2015-00786480-CU-NP-CJC. A copy of the Plaintiff's Summons and Complaint ("Complaint") are attached hereto as Exhibit A.

3. The date upon which NAVIENT first received a copy of the Complaint was May 12, 2015, when NAVIENT's agent for service of process was served with a copy of the Complaint. Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

4. A copy of this Notice of Removal is being served upon Plaintiff and concurrently filed in the State Court Action.

5. The State Court Action is located within the Central District of California. Therefore, venue for purposes of removal is proper because the United

States District Court for the Central District of California embraces the place in which the removed action was pending.  28 U.S.C. § 1441(a).

6. Removal of the State Court Action is therefore proper under 28 U.S.C. §§ 1441 and 1446.

Dated: 6/11/15                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Navient Solutions, Inc., formerly Sallie Mae, Inc.