# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASMIN PAZANDEH and MAJID PAZANDEH,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC., formerly SALLIE MAE, INC.' DOES 1-20 INCLUSIVE,<br><br>Defendant. | Case No.:  8:15-cv-00931-AG-GJS<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed with prejudice. Each party shall bear its own costs and expenses.

DATE: January 14, 2016

_____
HON. ANDREW J. GUILFORD
U.S. DISTRICT COURT JUDGE

**[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**